IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

RAMONA JOLIVETTE,

                Petitioner,

  v.                                  ORDER
                                      07-cv-699-jcs

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

                Respondent.
_____

    Petitioner has filed an action to review the final decision of the respondent Commissioner denying her social security disability benefits.  She requests permission to proceed <u>in forma pauperis</u> pursuant to 28 U.S.C. § 1915.

    From an examination of the affidavit of indigency which petitioner has submitted, the Court finds that petitioner is unable to prepay the fees and costs of commencing this action or to give security therefor.  Accordingly, petitioner's request for leave to proceed <u>in forma pauperis</u> will be granted.

                                  ORDER

    IT IS ORDERED that petitioner's request for leave to proceed <u>in forma pauperis</u> is GRANTED.

    Entered this 19th day of December, 2007.

                              BY THE COURT:

                              /s/

                              _____
                              JOHN C. SHABAZ
                              District Judge